## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>ETG FIRE, LLC<br>EIN:  47-1808724,<br><br>Debtor. | Case No. 24-13446-TBM<br><br>Chapter 11<br>(Subchapter V) |
| In re:<br><br>ETG FIRE MIDCO, LLC<br>EIN:  87-3949631,<br><br>Debtor. | Case No. 24-13447-TBM<br><br>Chapter 11<br>(Subchapter V)<br><br>(Jointly Administered in<br>Case No. 24-13446-TBM) |
| MARMIC FIRE & SAFETY CO., INC. and APS FIRECO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ETG FIRE, LLC,<br><br>Defendant. | Adversary Proceeding No. 24-01225-TBM |

### ORDER GRANTING DEFENDANT'S
### MOTION TO DISMISS ADVERSARY PROCEEDING

This matter comes before the court on *Defendant's Motion to Dismiss Adversary Proceeding* (the "**Motion to Dismiss**"), filed by Defendant ETG Fire, LLC, seeking to dismiss the *Complaint to Determine Dischargeability of a Debt Pursuant to 11 U.S.C. § 523* (Docket No. 1) (the "**Complaint**") filed in the above-captioned adversary proceeding; and notice of the Motion to Dismiss having been sufficient and proper; and the Court having reviewed the Motion to Dismiss; and the Court being fully advised in the premises hereby; and for good cause shown, the Court hereby rules as follows:

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss is GRANTED.

2. The above-captioned adversary proceeding is hereby DISMISSED WITH PREJUDICE.

Dated: _____, 2024

                                                                      _____
                                                                      United States Bankruptcy Judge